## CERTIFICATE OF SERVICE

I, Adrian Joseph Gordon, Esquire, certify that I am attorney for defendants, Mattel, Incorporated, Fisher Price, Inc. (incorrectly sued as Fisher Price Brands), Dynacraft BSC, Incorporated, Wal-Mart Stores, Inc., and Wal-Mart Stores, Incorporated, in the above-referenced matter, that I am duly authorized to make this Certification, and that on the 17th day of August, 2007, I served a true and correct copy of the foregoing Petition for Removal by United States, First Class Mail, postage prepaid, addressed as follows:

**Michael T. van der Veen, Esquire**
Kats, Jamison, van der Veen and Associates
25 Bustleton Pike
Feasterville, PA 19050
*Attorney for Plaintiffs*

                               Respectfully submitted,

                               WiLSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP

By: _____*ajg3097*_____
      Adrian Joseph Gordon, Esquire
      Attorney for Defendants

261863.1