UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Anthony Cupaiuolo, *et al.*

V.

Mattel, Inc., *et al.*

Civil Action No:_____

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party,_____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Fisher Price, Inc._____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Mattel, Incorporated
_____
_____
_____

August 17, 2007
Date

[signature]
Signature

Counsel for: All Defendants

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
(b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
(1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
(2) promptly file a supplemental statement upon any change in the information that the statement requires.

262285.1