UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Anthony Cupaiuolo, *et al.*

V.

Mattel, Inc., *et al.*

Civil Action
No:_____

DISCLOSURE STATEMENT FORM

Please check one box:

☒  The nongovernmental corporate party, <u>Dynacraft, Incorporated</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐  The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

August 17, 2007
Date

_____
Signature

Counsel for: <u>All Defendants</u>

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

262497.1