UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Anthony Cupaiuolo, *et al.*

V.                                                              Civil Action
                                                                No:_____
Mattel, Inc., *et al.*

DISCLOSURE STATEMENT FORM

Please check one box:

☐  The nongovernmental corporate party,_____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, Mattel, Inc._____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Barclays Global Investors, N.A. owns 10.53% of Mattel, Inc.'s common stock. Although Barclays Global Investors, N.A. is not a publicly held corporation, it is a wholly owned subsidiary of Barclays PLC, which *is* a publicly held company and is traded on the NYSE.

August 17, 2007                                _____
Date                                                    Signature

Counsel for: All Defendants

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1) file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2) promptly file a supplemental statement upon any change in the information that the statement requires.

262494.1