UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Anthony Cupaiuolo, *et al.*

V.                                    Civil Action
                                      No:_____
Mattel, Inc., *et al.*

DISCLOSURE STATEMENT FORM

Please check one box:

☒    The nongovernmental corporate party, Wal-Mart Stores, Inc./Wal-Mart Stores, Incorporated, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐    The nongovernmental corporate party,_____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

August 17, 2007                        _____
Date                                        Signature

Counsel for: All Defendants

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
    (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
        (1)    file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
        (2)    promptly file a supplemental statement upon any change in the information that the statement requires.

262679.1