IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY CUPAIUOLO, et al.    :    CIVIL ACTION
                             :
           v.                :
                             :
MATTEL, INCORPORATED, et al. :    NO. 07-3415

ORDER

AND NOW, this 4th day of September, 2007, upon receipt of Plaintiffs' Response to Defendants' Petition for Removal, which, <u>inter alia</u>, questions whether the Court has subject matter jurisdiction over this case and requests jurisdictional discovery, IT IS HEREBY ORDERED that:

1. The Plaintiffs' Response to Defendants' Petition for Removal (Docket # 9) shall be deemed a Motion to Remand.

2. The defendants shall file an opposition to the Motion to Remand within the time specified for a response to a motion under Local Rule 7.1.

3. The Court will consider the plaintiffs' request for jurisdictional discovery after receiving the defendants' response.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.