**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY CUPAIUOLO, a minor, by and through his parent and natural guardian, ANGELA CUPAIUOLO, and ANGELA CUPAIUOLO, Individually : : : : | CIVIL ACTION |
| Plaintiff : : : | |
| v. : : | NO.: 2:07-cv-3415-MAM |
| MATTEL, INCORPORATED, and FISHER PRICE, INCORPORATED, and DYNACRAFT BSC, INCORPORATED, and WAL-MART STORES, INC. , and WAL-MART STORES, INCORPORATED : : : : : : | |
| Defendants : : | |

**ORDER**

AND NOW, this ____ day of _____, 2007, upon consideration of Plaintiffs' Response to Defendants' Petition for Removal which this Court has ordered shall be treated as a Motion to Remand, and of the defendants' response thereto, it is:

ORDERED, that the Motion for Remand is DENIED.

_____
                                              J.

266813.1