IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Michael T. Van Der Veen, Esq.
Adrian Joseph Gordon, Esq.

      Re:    Cupaiuolo v. Mattel, Incorporated, et al.
             Civil Action No. 07-3415

## RULE 16 CONFERENCE NOTICE

     Please be advised that the Rule 16 telephone status conference in the above-captioned previously scheduled for September 28, 2007, is RESCHEDULED for October 19, 2007, at 3:00 P.M. Plaintiff's counsel shall initiate the telephone call. Judge McLaughlin's chambers telephone number is 267-299-7600.

                                    /s/ Cheryl P. Stormes
                                    Cheryl P. Stormes
                                    Secretary/Civil Deputy Clerk to
                                    The Honorable Mary A. McLaughlin
                                    (267) 299-7600

DATED: October 1, 2007
Faxed by Chambers:
Michael T. Van Der Veen (215-396-8388)
Adrian Joseph Gordon (215-627-2665)